LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-cr-00361-MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| PAVANDEEP TOOR | ) |
| | ) |
| Defendant. | ) |

 The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant, PAVANDEEP TOOR, through his attorney of record, Shari Rusk, hereby stipulate and agree that the status conference set for January 15, 2009, be continued to March 5, 2009, at 9:00 a.m.

 Counsel needs additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 5, 2009 at 9:00 a.m., for the status conference.

///

1

1  Accordingly, the parties stipulate that time be excluded
2 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
3 States Code section 3161(h)(8)(B)(iv), to give the defendant time to
4 further review the discovery and to adequately prepare.
5 IT IS SO STIPULATED.

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: January 14, 2009       By:  /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: January 14, 2009       By:  /s/ Shari Rusk
                                        SHARI RUSK
                                        Attorney for Defendant
                                        PAVANDEEP TOOR

**ORDER**

16  UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
17 hereby ordered that this matter be set for further status conference
18 as set forth above.
19  The Court finds excludable time as set forth above to and
20 including March 5, 2009.
21  **IT IS SO ORDERED.**

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2