Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>       Plaintiff,<br><br>  vs.<br><br>Pavandeep Toor,<br><br>       Defendant. | Case No.: CR.S. 08-361 MCE<br><br>MOTION TO EXONERATE BOND |

    Defendant, Pavandeep Toor's mother, Baljit Toor posted a $150,000 cash bond on his behalf.  Due to problems with Mr. Toor's immigration status, Mr. Toor has been unable to secure release.  He remains in custody at the Sacramento County Jail.  Since it does not appear Mr. Toor is eligible for release on bond, the parties request that the cash bond be exonerated and returned to Baljit Toor, 3597 Walker Street, Vancouver, British Columbia, V5N 5A9, Canada.  The government is aware of and in agreement with this request.

DATE:   February 4, 2009

                                  Respectfully submitted,

                                  __/s/ Shari Rusk
                                  Shari Rusk
                                  Attorney for Defendant
                                  Pavandeep Toor

**ORDER**

It is so ordered that the $150,000 cash bond posted by Baljit Toor be exonerated and returned to her forthwith.

**DATED:  February 9, 2009**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE