Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:08-cr-00361-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court: Hon. Morrison C. England<br>Time: 9:00 a.m.<br>Date: May 21, 2009 |
| Pavandeep Toor, | |
| Defendant. | |

Defendant Pavandeep Toor by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby agree and stipulate that the status conference scheduled for March 5, 2009 be continued to May 21, 2009 at 9:00 a.m. The defendant is charged with a single count of distribution of MDMA in violation of 21 U.S.C. § 841(a)(1). The parties are engaged in negotiations and investigation that will likely result in a resolution of this matter.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for complexity and defense preparation and under local code T4.

-1-

Dated: March 2, 2009				Respectfully submitted,


				   __/s/ Shari Rusk___
				   Shari Rusk
				   Attorney for Defendant
				   Pavandeep Toor



				   /s/ Mike Beckwith
				   Mike Beckwith
				   Assistant United States Attorney



**ORDER**


  IT IS SO ORDERED.  The Court finds excludable time through May 21, 2009, based on Local Code T4, complexity and giving counsel reasonable time to prepare.

DATED: March 6, 2009

				_____
				MORRISON C. ENGLAND, JR
				UNITED STATES DISTRICT JUDGE