UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Stephanie Deutsch, Courtroom Clerk
of the Honorable Morrison E. England, Jr.

**FROM:** Julie A. Fowler  *GAF*
United States Probation Officer

**FILED**

**DATE:** July 2, 2009

JUL 2 2009

**SUBJECT:** **Pavandeep TOOR**
**Docket Number: 2:08CR00361-01**
**JUDGMENT AND SENTENCING CONTINUANCE**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The above matter is scheduled for judgment and sentencing on 07/30/2009. Due to the unavailability of the defendant, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 08/27/2009 @ 9:00 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 08/20/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 08/13/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 08/06/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 07/23/2009 |

**Reviewed by:** *Karen Meusling*
**Karen Meusling**
**Supervising United States Probation Officer**

/jaf

cc: Michael Beckwith, Assistant United States Attorney
Shari Rusk, Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (SCHED).MRG